IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) |
| | ) |
| Terry M. Callen, Jr. | ) |
| Jill A. Callen, | )   Case No. 23-22648 GLT |
| *Debtor* | )   Chapter 13 |
| | ) |
| Terry M. Callen, Jr., | )   Document No. WO-1 |
| Social Security No. XXX-XX-0200 | ) |
| *Movant* | ) |
| | ) |
| vs. | ) |
| | ) |
| Dennis J Baglier Buick GMC Mazda. and | ) |
| Ronda J. Winnecour, Trustee | ) |
| *Respondents* | ) |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on December 15, 2023, a true and correct copy of the *Order to Pay Trustee together with Notice of Debtor's Social Security Number* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Dennis J. Baglier Buick GMC Mazda
Attn: Payroll Dept.
248 Pittsburgh Rd.
Butler, PA 16001

Terry M. Callen Jr.
309 Whitestown Road
Butler, PA 16001

Ronda J. Winnecour, Trustee
USX Tower
600 Grant Street, Suite 3250
Pittsburgh, PA 15219


Date of Service: December 15, 2023                /s/ Kenneth Steidl
                                                                                                  Kenneth Steidl, Esquire
                                                                                                  STEIDL & STEINBERG
                                                                                                  28th Floor, Gulf Tower
                                                                                                  707 Grant Street
                                                                                                  Pittsburgh, PA 15219
                                                                                                  (412) 391-8000
                                                                                                  PA I.D. 34965