IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Terry M. Callen, Jr. ) | |
| Jill A. Callen, ) | Case No. 23-22648 GLT |
| *Debtor* ) | Chapter 13 |
| ) | |
| Jill A. Callen, ) | Document No. WO-2 |
| Social Security No. XXX-XX-9498 ) | |
| *Movant* ) | |
| ) | |
| *vs.* ) | |
| ) | |
| West Penn Allegheny Health System and ) | |
| Ronda J. Winnecour, Trustee ) | |
| *Respondents* ) | |

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that on December 15, 2023, a true and correct copy of the *Order to Pay Trustee together with Notice of Debtor's Social Security Number* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

West Penn Allegheny Health System
Attn: Payroll Dept.
30 Isabella St.
Pittsburgh, PA 15212

Jill A. Callen
309 Whitestown Road
Butler, PA 16001

Ronda J. Winnecour, Trustee
USX Tower
600 Grant Street, Suite 3250
Pittsburgh, PA 15219


Date of Service: December 15, 2023  /s/ Kenneth Steidl
    Kenneth Steidl, Esquire
    STEIDL & STEINBERG
    28th Floor, Gulf Tower
    707 Grant Street
    Pittsburgh, PA 15219
    (412) 391-8000
    PA I.D. 34965

Case 23-22648-GLT    Doc 23    Filed 12/15/23    Entered 12/15/23 10:58:49    Desc Main
Document      Page 2 of 2